UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JAMES MICHAEL BOWIE, III,　　　　　　　　　　　　　Case No. 2:20-cv-00640-MC

　　　　　Plaintiff,　　　　　　　　　　　　　　　　　　　　　ORDER

　　　v.

LINDA GRUENWALD; JOHN DOE, TRCI
Nephrologist; JANE OR JOHN DOE, TRCI
Medical Director; JANE OR JOHN DOE, TRCI
Mental Health Prescriber, JANE OR JOHN
DOE, Director of ODOC Health Svcs.; JOHN
DOE, TRCI Superintendent; COLLETTE
PETERS; OREGON DEPARTMENT OF
CORRECTIONS,

　　　　　Defendants.

MCSHANE, District Judge:

　　　　Plaintiff, an inmate at Two Rivers Correctional Institution, files this action pursuant to 42 U.S.C. § 1983 and alleges deliberate indifference to his serious medical needs in violation of the Eighth Amendment. Plaintiff contends that defendants have failed to provide and/or approve appropriate medical care for his kidney disease, and now his kidneys are at risk of failing.

　　　　Plaintiff also moves for a temporary restraining order and/or preliminary injunction. Notably, plaintiff's motion and supporting declaration do not specify the injunctive relief he

1　- ORDER

seeks. Regardless, plaintiff's allegations do not show that he is likely to succeed on the merits of his deliberate indifference claim or that he is likely to suffer irreparable harm in the absence of an injunction. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) ("A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest."). Plaintiff asserts that defendants' failure to provide adequate treatment has occurred since 2018, and he does not allege an imminent and irreparable threat to his health that would be remedied by an injunction.

## CONCLUSION

Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 3) is DENIED.

IT IS SO ORDERED.

DATED this 19th day of May, 2020.

s/ Michael J. McShane
Michael J. McShane
United States District Judge

2   - ORDER